UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMER ATIYEH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>APARNA VOLETTI,<br><br>　　　　Respondent. | No. CV 18-0550 SVW (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice for failure to prosecute.

DATED: November 19, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　United States District Judge